An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT EARL STEWART,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62927

**FILED**

MAY 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a motion to extend prison copy work. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to extend prison copy work, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13824

cc: Hon. Jessie Elizabeth Walsh, District Judge
Robert Earl Stewart
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A